Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

November 23, 2026

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Rodney Greer*, 26 Cr. 342 (AS)**

Dear Judge Subramanian,

I write with the consent of Pretrial Services, and without objection from the Government, to request a modification of Mr. Greer's bail conditions to permit him to travel to Mississippi from November 24-30, 2026; and December 9-13, 2026. Mr. Greer will be visiting Jackson and Kosciusko, Mississippi, which are located in the Southern and Northern Districts of Mississippi, respectively. Mr. Greer requests this travel modification to spend time with family in Mississippi over the holidays. He has been on pretrial release since June and has complied with all conditions of his pretrial supervision.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Rodney Greer
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: November 24, 2026

CC: AUSAs Brandon Thompson and Georgia Kostopoulos